1236

No. 11–921. SWANSON v. HORSESHOE HAMMOND, LLC, DBA HORSESHOE CASINO HAMMOND. C. A. 7th Cir. Certiorari denied.

No. 11–931. ASHLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5141. ROSA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–6460. WASHINGTON ET VIR v. LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6606. GORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6769. BAKER v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–6888. COLE v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–6897. ZORTMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–6971. TRACEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7052. NAVEJAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7084. VILLARREAL-PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7148. OTTO ET UX. v. HILLSBOROUGH COUNTY, FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–7510. HANKERSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–7589. VIRGIL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.